# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| In re:Rotie M. Orr | ) Judge Jack B. Schmetterer |
| Debtor(s) | ) |
| | ) Case No. 12-04729 |
| Roti M. Orr | ) |
| Plaintiff | ) |
| v | ) Adv. No.12-01254 |
| U.S. Design & Installation, Inc. | ) |
| Defendant | ) Chapter 13 |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Pursuant to an Order of Default and because the allegations in the Complaint have been taken as confessed against Defendant U.S. Design & Installation, Inc., the following findings of fact and conclusions of law are made and will be entered:

1. Plaintiff Roti M. Orr is an individual residing at 5659 S. Campbell, Chicago, IL 60629.

2. The Defendant, U.S. Design & Installation, Inc., is a company that regularly does business in the State of Illinois, particularly in the business of home construction services.

3. Plaintiff Roti M. Orr filed for relief under Chapter 13 of the United States Bankruptcy Code on February 10, 2012 in the Northern District of Illinois, case number 12-04729.

4. This adversary proceeding arises under Sections 502 and 506 of the United States Bankruptcy Code.

5. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§§151, 157 and 1334 and this is a core proceeding under 28 U.S.C. §157.

6. Plaintiff is the owner of real estate located at 5649 S. Campbell, Chicago, IL 60629 with a property index number of 19-13-210-017-0000.

7. The fair market value of the real estate is $35,000.00 pursuant to an appraisal marked Exhibit A to the original adversary complaint.

8. A first mortgage lien is currently held by Select Portfolio Servicing, Inc., attorney-in-fact for U.S. Bank National Association with the principal balance as of the date of the filing of the Chapter 13 case of $145,917.82 marked Exhibit B to the adversary complaint.

9. Defendant U.S. Design & Installation holds a junior lien on debtor's real estate in the amount of $1,799.00 dated December 27, 2005 recorded January 10, 2006, and recorded as document number 0601050160.

10. Under 11 U.S.C. §§506(a) and 506(d), Defendant's junior mortgage would be an allowed secured claim to the extent of the value of the estate's interest in the property securing the claim, and the Defendant's lien is void to the extent that it is not an allowed secured claim.

11. The amount owed on the first mortgage exceeds the value of the real estate.

12. Defendant U.S. Design & Installation has not filed a proof of claim in this case.

13. Due to the junior lien held by Defendant being wholly unsecured, the mortgage may be stripped off. In re Waters, 276 B.R. 879 (N.D.Ill 2002); Pond v Farm Specialist Realty (In re Pond), 252 F.3d 122 (2nd Cir. 2001); McDonald v Master Fin., Inc. (In re McDonald), 205 F.3d 606 (3rd Cir. 2000); In re Bartee, 212 F.3d 277 (5th Cir. 2000); In re Lane, 280 F.3d 663 (6th Cir. 2002); Zimmer v PSB Lending Corp., 313 F.3d 1220 (9th Cir. 2002); and In Re Tanner, 217 F.3d 1357 (11th Cir. 2000).

14. Pursuant to 11 U.S.C. §1325(a)(5) the junior lien of U.S. Design & Installation, Inc. shall be stripped off and shall be null and void upon Plaintiff Roti M. Orr obtaining a discharge under 11 U.S.C. §1328.

By the Court

_____

Judge Jack B. Schmetterer

FEB 2 6 2013